## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Thomas  M. Smith                              CHAPTER 13

                    Debtor(s)                        BKY. NO. 20-11150 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

        Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the
master mailing list.


                                    Respectfully submitted,
                                    **/s/ Rebecca A. Solarz Esquire**
                                    Rebecca A Solarz, Esquire
                                    Kevin G. McDonald, Esquire
                                    KML Law Group, P.C.
                                    701 Market Street, Suite 5000
                                    Philadelphia, PA 19106-1532
                                    (215) 627-1322