# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Thomas M. Smith | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11150 |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated February 26, 2020 and March 11, 2020, this case is hereby DISMISSED.

**Date: April 7, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income
Means Test Calculation Form 122C-2

bfmisdoc