Case 20-11150-amc    Doc 13    Filed 04/09/20    Entered 04/10/20 00:53:08    Desc Imaged
Certificate of Notice    Page 1 of 3

```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
```

In re:                                                              Case No. 20-11150-amc
Thomas M. Smith                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore             Page 1 of 2             Date Rcvd: Apr 07, 2020
                              Form ID: pdf900             Total Noticed: 41
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2020.

```
db            +Thomas M. Smith,    104 West Hartranft Boulevard,    East Norriton, PA 19401-1945
14472742      +All American Income Life Insurance Co.,    P.O. Box 2608,    Waco, TX 76797-0001
14472743      +American Express,    P.O. Box 981537,    El Paso, TX 79998-1537
14489935       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
14472746      +Central Behavioral Health,    1100 Powell Street,    Norristown, PA 19401-3820
14472747      +Citicards CBNA,    5800 South Corporate Place,    Sioux Falls, SD 57108-5027
14472739      +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
               Norristown, PA 19401-4807
14472748      +Delaware River Joint Toll Bridge Comm.,    c/o NJ E-ZPass,    P.O. Box 4971,
               Trenton, NJ 08650-4971
14472751       Einstein Medical Center Montgomery,    P.O. Box 789742,    Philadelphia, PA 19178-9742
14472752      +First Financial Asset Mgmt.,    P.O. Box 56245,    Atlanta, GA 30343-0245
14472753       Ford Motor Credit Company,    P.O. Box 542000,    Omaha, NE 68154-8000
14473694      +Ford Motor Credit Company, LLC,    1060 Andrew Drive, Suite 170,    West Chester, PA 19380-5601
14472754       Grimley Financial Corporation,    1415 Route 70 East,    Suite LL5,    Cherry Hill, NJ 08034-2229
14472755      +HSBC Bank,    P.O. Box 4657,    Carol Stream, IL 60197-4657
14472756       I.C. Systems Collections,    P.O. Box 64378,    Saint Paul, MN 55164-0378
14472758      +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
               Philadelphia, PA 19106-1538
14489170      +MIDFIRST BANK,    C/O Rebecca A. Solarz, Esquire,    KML Law Group,
               701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14472761      +MRS BPO, L.L.C.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14472759      +Meenan Oil,    8301 Lansdowne Avenue,    Upper Darby, PA 19082-5499
14472760      +Midfirst Bank,    999 N.W. Grand Boulevard,    Suite 100,    Oklahoma City, OK 73118-6051
14472763      +New Jersey Turnpike Authority,    P.O. Box 4971,    Trenton, NJ 08650-4971
14472764       PA Turnpike Toll By Plate,    P.O. Box 645631,    Pittsburgh, PA 15264-5254
14472765      +Peerless Credit Services, Inc.,    P.O. Box 518,    Middletown, PA 17057-0518
14472767      +Pennsylvania Turnpike Commission,    Violation Processing Center,    300 East Park Drive,
               Harrisburg, PA 17111-2729
14472768      +Pressler, Felt & Warshaw, LLP,    400 Horsham Road, Suite 110,    Horsham, PA 19044-2146
14472769      +Professional Account Mgmt.,    2040 W. Wisconsin Avenue,    Milwaukee, WI 53233-2098
14472770      +RAS LaVrar, LLC,    425 Commerce Drive,    Suite 150,    Fort Washington, PA 19034-2727
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov Apr 08 2020 04:55:35      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 08 2020 04:55:33      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14472744       E-mail/Text: g20956@att.com Apr 08 2020 04:55:43      AT&T Mobility,    P.O. Box 537113,
               Atlanta, GA 30353-7113
14472745      +E-mail/Text: notices@burt-law.com Apr 08 2020 04:55:47      Burton Neil, Esq.,
               Burton Neil & Associates,    1060 Andrew Drive, Ste. 170,    West Chester, PA 19380-5600
14472749       E-mail/Text: mrdiscen@discover.com Apr 08 2020 04:54:57      Discover Bank,
               6500 New Albany Road,    New Albany, OH 43054
14472750       E-mail/Text: mrdiscen@discover.com Apr 08 2020 04:54:57      Discover Bank,    P.O. Box 15316,
               Wilmington, DE 19850
14479349       E-mail/Text: mrdiscen@discover.com Apr 08 2020 04:54:57      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14472741      +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 08 2020 04:55:26      Frederic J. Baker, Esquire,
               Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14472757       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 08 2020 04:55:01      Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
14478078       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 08 2020 04:59:33      LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14472762      +E-mail/Text: NCI_bankonotify@ncirm.com Apr 08 2020 04:54:57      Nationwide Credit, Inc.,
               P.O. Box 14581,    Des Moines, IA 50306-3581
14472766       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 08 2020 04:55:09
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
14472771       E-mail/Text: bankruptcy@td.com Apr 08 2020 04:55:27      TD Bank,    P.O. Box 9547,
               Portland, ME 04112-2651
14472772      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 08 2020 04:54:56
               Verizon Pennsylvania,    500 Technology Drive,    Weldon Springs, MO 63304-2225
                                                                                               TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0313-2            User: JEGilmore              Page 2 of 2                  Date Rcvd: Apr 07, 2020
                                Form ID: pdf900              Total Noticed: 41
smg*              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                   Harrisburg, PA   17128-0946
14472740*        +Thomas M. Smith,   104 West Hartranft Boulevard,   East Norriton, PA 19401-1945
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2020                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2020 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Thomas M. Smith spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 4

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Thomas M. Smith | : | |
| | : | |
| Debtor | : | Bankruptcy No. 20-11150 |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the orders dated February 26, 2020 and March 11, 2020, this case is hereby DISMISSED.

**Date: April 7, 2020**

Honorable Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

Chapter 13 Plan
Schedules AB-J
Statement of Financial Affairs
Summary of Assets and Liabilities Form B106
Chapter 13 Statement of Your Current Monthly Income
Means Test Calculation Form 122C-2

bfmisdoc